**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RELATOR LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>JEOFFREY BRONCHICK, an individual, COVE STREET CAPITAL, LLC, a Delaware limited liability company; and DOES 1-10,<br><br>    Defendants. | No. CV 22-4519-DMG (KSx)<br><br>ORDER RE VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE [47][48] |

1 | The relator, Relator LLC, having filed a Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a), and the United States having filed its Notice of Consent, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1),

IT IS HEREBY ORDERED that the above-captioned action is dismissed without prejudice as to the relator and without prejudice as to the United States.

DATED: September 11, 2025

_____
DOLLY M. GEE
Chief United States District Judge

1